RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/1/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROBERT MACK | CIVIL ACTION NO. 11-0735 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 16], adopted by this Court after a *de novo* review of the record, including Petitioner Robert Mack's objections [Doc. No. 17], and for those additional reasons set forth in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Mack's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 [Doc. No. 1], is DENIED, and his claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA this 1 day of March, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE